IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| IN RE: | JOHN S. HAHN | ) | Case No. 09-12243-NLJ |
| | | ) | Chapter 13 |
| | | ) | |
| | Debtors | ) | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW General Builders Supply Co., Inc. and for its objection to Confirmation of Debtor's Chapter 13 Plan, states as follows:

1. Debtor's plan is not proposed in good faith and confirmation should be denied.

2. Debtor, John S. Hahn, received payment for goods and did not provide payment to this creditor, his supplier. No provision has been made for payments of amount due to this Creditor.

WHEREFORE PREMISES CONSIDERED, Creditor, General Builders Supply Co., Inc., requests that confirmation of debtor's chapter 13 plan be denied and for such other and further relief as is just and proper.

Respectfully submitted,

 s/Howard R. Haralson
Howard R. Haralson, OBA No. 11648
P.O. Box 23013
Oklahoma City, Oklahoma  73123-2013
405/789-2000
Attorney for Creditor, General Builders Supply Co., Inc.

CERTIFICATE OF MAILING

    I hereby certify that on this 12th day of June, 2009, I mailed, postage prepaid, a true and correct copy of the above foregoing to:

John Hardeman, Trustee
P.O. Box 1948
Oklahoma City, OK  73101

Timothy L. Wallace
Attorney for Debtor
1112 SW 59th Street
Oklahoma City, OK  73109

                                          s/Howard R. Haralson