

**Dated: July 17, 2009 13:56:46**
**The following is ORDERED:**

_____
Niles Jackson
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN S. HAHN, | ) | CASE NO. 09-12243-NLJ |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| GENERAL BUILDERS SUPPLY CO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADV. NO. 09-1078-NLJ |
| | ) | |
| JOHN S. HAHN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING REQUEST FOR DISMISSAL OF COMPLAINT AND
DENYING REQUEST FOR MORE DEFINITE STATEMENT**

On June 12, 2009, General Builders Supply Co., Inc. ("Plaintiff"), filed its Complaint to Determine Dischargeability Under 11 U.S.C. § 523(a)(4) (the "Complaint"). Thereafter, Defendant-Debtor filed his Answer to the Complaint that

also included a request for dismissal of the Complaint or alternatively a request for a more definite statement.  Plaintiff then filed its Objection to Defendant's request for dismissal and provided additional statutory authority supporting its request for relief.

The court has reviewed the Complaint, Answer, and Objection, and the applicable law, and is of the opinion that the Complaint sufficiently states a cause of action for which relief may be granted.  *See* Bryan v. Manley (In re Manley), 135 B.R. 137 (Bankr. N.D. Okla. 1992).

Accordingly, Defendant's Request for dismissal and alternative request for more definite statement are denied.  This proceeding remains set for Scheduling Conference on July 20, 2009, at 11:15 a.m.

# # #