# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| John S. Hahn | )   Case No. 09-12243-NLJ |
| | ) |
| Sharon M. Hahn, | )   Chapter 13 |
| | ) |
| Debtors. | ) |

## WITHDRAWAL OF CLAIM OF THE OKLAHOMA TAX COMMISSION

The State of Oklahoma, ex rel. Oklahoma Tax Commission ("OTC"), hereby withdraws its proof of claim (claim no.4) filed on May 14, 2009, in the total amount of $102.35 for the reason that the liability represented by the claim has been satisfied.

Respectfully submitted,

/s/Joseph P. Gappa
Joseph P. Gappa, OBA #14720
Assistant General Counsel
Oklahoma Tax Commission
120 N. Robinson, Suite 2000
Oklahoma City, OK  73102-7471
Tel: (405)319-8550
Fax: (405)602-0165

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

I, Joseph P. Gappa, hereby certify that on this 15th day of September, 2009, a true and correct copy of the above Withdrawal of Claim was electronically served using the CM/ECF system to John T. Hardeman, Chapter 13 Trustee, Timothy L. Wallace, Attorney for the Debtors and the Office of the United States Trustee.

Further, I certify that on the 15th day of September, 2009 a true and correct copy of the Withdrawal of Claim was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

John & Sharon Hahn
2577 Amanda Court NE
Piedmont, OK  73078

/s/Joseph P. Gappa
Joseph P. Gappa